HANSON BRIDGETT LLP
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
SUTTER BAY HOSPITALS
dba MILLS-PENINSULA MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LAURA MATTEUCCI,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER BAY HOSPITALS dba MILLS-PENINSULA MEDICAL CENTER,<br><br>        Defendant. | Case No. 4:18-cv-07545-YGR<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities have (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding: Sutter Health is Sutter Bay Hospitals' parent corporation.

DATED: February 22, 2019                                    HANSON BRIDGETT LLP


                                                                            By:      */s/ Molly L. Kaban*
                                                                                    MOLLY L. KABAN
                                                                                    Attorneys for Defendant
                                                                                    SUTTER BAY HOSPITALS
                                                                                    dba MILLS-PENINSULA MEDICAL CENTER