HANSON BRIDGETT LLP
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
SUTTER BAY HOSPITALS
dba MILLS-PENINSULA MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LAURA MATTEUCCI, | Case No. 4:18-cv-07545-YGR |
| Plaintiff, | |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |
| SUTTER BAY HOSPITALS dba MILLS-PENINSULA MEDICAL CENTER, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SUTTER BAY HOSPITALS dba MILLS-PENINSULA MEDICAL CENTER ("Defendant"), through its counsel of record, make the following disclosures:  Sutter Health is Sutter Bay Hospitals' parent corporation.  Sutter Bay Hospitals is a non-profit public benefit corporation.  No publicly held corporation owns 10% or more of Sutter Bay Hospitals' stock.

DATED:  February 22, 2019                    HANSON BRIDGETT LLP


By:    _/s/ Molly L. Kaban_
          MOLLY L. KABAN
          Attorneys for Defendant
          SUTTER BAY HOSPITALS
          dba MILLS-PENINSULA MEDICAL CENTER

Case No. 4:18-cv-07545-YGR

15185790.2