UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MATTEUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTTER BAY HOSPITALS DBA MILLS-PENINSULA MEDICAL CENTER,<br><br>　　　　Defendant. | Case No. 18-cv-07545-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby vacates the previously set Joint Pretrial Conference Statement due date; Pretrial Conference and Jury Trial dates and resets dates as follows:

## PRETRIAL SCHEDULE

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 17, 2020 |
| PRETRIAL CONFERENCE: | Friday, July 31, 2020 at 9:00 a.m. |
| TRIAL DATE: | Monday, August 17, 2020 at 8:30 a.m. for Jury Trial |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　United States District Judge